**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA *ex rel.*, FRANK TRA,** | ) | |
| | ) | **Case No. 14-2249 JWB/KGG** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **DR. MARK R. FESEN** | ) | |
| **and** | ) | |
| **HUTCHINSON CLINIC, P.A.** | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW,** the Plaintiff/Relator, Frank Tra, in the above captioned case, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates that all claims in the Plaintiff/Relator's First Amended Complaint that are not reasserted, amended or otherwise encompassed by the United States' Complaint In Intervention shall be dismissed without prejudice, provided that the Attorney General consents as required under the False Claims Act, 31 U.S.C. § 3730(b)(1). The United States has advised it will separately file its written notice of consent to voluntary dismissal. This Notice of Voluntary Dismissal is filed before service of this action upon the Defendants.

**BRADY & ASSOCIATES**

*s/Mark A. Kistler*
Mark A. Kistler, KS #17171
Michael F. Brady, KS #18630
10985 Cody Street, Ste. 135
Overland Park, KS 66210
(913) 696-0925
(913) 696-0468 *(Facsimile)*
brady@mbradylaw.com
mkistler@mbradylaw.com

**ATTORNEYS FOR PLAINTIFF/RELATOR**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2018, the above and foregoing was filed via CM/ECF with the Clerk of the Court.

*s/Mark A. Kistler*
Mark A. Kistler