IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* FRANK TRA,<br><br>Plaintiff,<br>v.<br><br>DR. MARK R. FESEN and<br>HUTCHINSON CLINIC, P.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 14-2249-JWB-KGG |

**NOTICE OF CONSENT**

Relator Frank Tra has filed a notice of voluntary dismissal without prejudice as to all claims in the first amended complaint that are not reasserted, amended, or otherwise encompassed by the United States' Complaint-In-Intervention. *See* ECF No. 30. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, by its undersigned attorneys, hereby respectfully notifies the Court that the Attorney General consents to dismissal of the non-intervened claims in the relator's first amended complaint to the extent it is without prejudice to the rights of the United States. The United States so consents because it has intervened in other claims covered by the first amended complaint. *See* ECF No. 23-24. All other claims intervened on and encompassed in the United States' Complaint-in-Intervention (ECF No. 25) remain a part of this case.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

s/ Robin R. Anderson
ROBIN R. ANDERSON, #23142
CLAY BRITTON, #23901
Assistant United States Attorneys
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: 913-551-6730
FX: 913-551-6541
Robin.Anderson@usdoj.gov
Clay.Britton@usdoj.gov
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2018, the foregoing document was electronically filed with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to the following to:

Mark A. Kistler
Brady & Associates Law Office
mkistler@mbradylaw.com

Michael F. Brady
Brady & Associates Law Office
brady@mbradylaw.com

s/ Robin R. Anderson
ROBIN R. ANDERSON
Assistant United States Attorney