**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* FRANK TRA,<br><br>Plaintiff,<br><br>v.<br><br>DR. MARK R. FESEN and<br>HUTCHINSON CLINIC, P.A.,<br><br>Defendants. | ) | Case No. 14-2249-JWB-KGG |

**DEFENDANT HUTCHINSON CLINIC, P.A.'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 8, 9, and 12(b)(6), Defendant Hutchinson Clinic, P.A. ("the Clinic") moves to dismiss Counts I through V of the Complaint-In-Intervention. As stated more fully in the Clinic's memorandum in support of its motion to dismiss, the Complaint-In-Intervention fails to plausibly allege a claim under the False Claims Act or the common law. Accordingly, the Clinic's motion to dismiss should be granted and each of the Complaint-In-Intervention's counts should be dismissed with prejudice.

Respectfully Submitted,

FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy., Ste. 100
Wichita, KS 67206-4466

By: /s /Gary L. Ayers
Gary L. Ayers, S. Ct. No. 10345
gayers@foulston.com
Dir. Tel.: 316.291.9530
Clayton J. Kaiser, S. Ct. No. 24066
ckaiser@foulston.com
Dir. Tel.: 316.291.9539

*Attorneys for Defendant Hutchinson Clinic, P.A.*

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

/s/ Gary L. Ayers
Gary L. Ayers