**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* FRANK TRA,<br><br>Plaintiff,<br><br>v.<br><br>DR. MARK R. FESEN and<br>HUTCHINSON CLINIC, P.A.,<br><br>Defendants. | ) | Case No. 14-2249-JWB-KGG |

**<u>DEFENDANT MARK R. FESEN, M.D.'S MOTION TO DISMISS</u>**

Defendant Mark R. Fesen, M.D., through counsel, respectfully submits this Motion to Dismiss in accordance with Fed. Rs. Civ. P. 9(b) and 12(b)(6). Dr. Fesen requests Counts I and II of the Complaint-in-Intervention ("Complaint") be dismissed with prejudice for failure to state a claim upon which relief may be granted. Further, Dr. Fesen requests Counts IV and V of the Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. In compliance with D. Kan. Rules 7.1 and 7.6, a memorandum in support is filed herewith.

RESPECTFULLY SUBMITTED BY:

**SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.**

By: */s/ John Wesley Smith*
Mark A. Lynch, KS Bar #14277
John Wesley Smith, KS Bar #24935
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
mlynch@slln.com
wsmith@slln.com
ATTORNEYS FOR DEFENDANT
MARK R. FESEN, M.D.

## CERTIFICATE OF SERVICE

I certify that on the 7th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

*/s/ John Wesley Smith*
Attorney