IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
ex rel. FRANK TRA,

        Plaintiff,

v.                                   Case No.  14-02249-JWB-KGG

DR. MARK R. FESEN and
HUTCHINSON CLINIC, P.A.,

        Defendants.

### ORDER OF DISMISSAL OF DEFENDANT MARK R. FESEN WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and upon the parties' informing the Court that the United States of America, Relator Frank Tra, and Defendant Dr. Mark R. Fesen (collectively the "Parties") have executed a settlement agreement on or about November 30, 2021, ("the Settlement Agreement") and Relator Frank Tra and Defendant Dr. Mark R. Fesen have executed a separate settlement agreement regarding attorney's fees and costs ("the attorneys' fees and costs agreement"), and that the Plaintiffs and Defendant Dr. Mark R. Fesen stipulate to this order,

IT IS HEREBY ORDERED that:

    1.    All claims asserted by the Relator in his Amended Complaint against Defendant Dr. Mark R. Fesen, arising from the Covered Conduct as defined in Paragraph D of the Settlement Agreement are dismissed with prejudice as to Relator.

    2.    All claims asserted by the United States in its Amended Complaint against Defendant Dr. Mark R. Fesen, arising from the Covered Conduct as defined in Paragraph D of the Settlement Agreement are dismissed with prejudice as to the United States.

3.     Except as provided in the Settlement Agreement and the attorneys' fees and costs agreement, all parties shall bear their own fees, costs, and expenses.

4.     As the claims against Defendant Fesen are hereby dismissed, and the claims against Defendant Hutchinson Clinic were previously dismissed by agreement (Doc. 108), the Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Date:  December 17, 2021                              s/ John W. Broomes_____
                                                      JOHN W. BROOMES
                                                      UNITED STATES DISTRICT JUDGE

APPROVED:

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

By:

s/ Jon P. Fleenor
JON P. FLEENOR
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S. Ct. No. 14002
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
 E-mail:  Jon.Fleenor@usdoj.gov

s/ Christopher Allman
Christopher Allman
Assistant United States Attorney
KS S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, KS 66101
913-551-6730
Fax: 913-551-6541
Email : Chris.Allman@usdoj.qov

s/ Wendy A. Lynn
Wendy A. Lynn
Assistant United States Attorney
KS S. Ct. No. 23594
500 State Avenue
Kansas City, KS 661 0l
913-551-6737
Fax:913-551-6541
Email : wendy.lvnn@usdoi.sov
*Attorneys for Plaintiff United States*


BRADY & ASSOCIATES LAW OFFICE

By:

s/ Sara T. Ballew
Michael F. Brady
KS S. Ct. No. 18630
Sara T. Ballew
KS S. Ct. No. 25787
Brady & Associates Law Office
10985 Cody Street., Suite 135, Overland Park, KS 66210.
Email: brady@mbradylaw.com
Email: sballew@mbradylaw.com
913-696-0925
*Attorneys for Relator Frank Tra*


SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By:

s/ Mark A. Lynch
Mark A. Lynch, KS Bar #14277
John Wesley Smith, KS Bar #24935
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
mlynch@slln.com
wsmith@slln.com
*Attorneys for Defendant Dr. Mark R. Fesen*